UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
*****************************

TANYA MARIN,

Plaintiff,

v.

FRANK BISIGNANO
COMMISSIONER
OF SOCIAL SECURITY,

Defendant.
******************************

Civil Action No. 26-4867

**ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)**

This matter having been opened to the Court by JAMES M. MCDONALD, United States Attorney for the Southern District of New York, and Kristina Cohn, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken, a new hearing will be offered, and a new decision will be issued; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this 8th day of October, 2026;

**ORDERED** that the final decision of the Commissioner be and hereby is **REVERSED**, and the matter is **REMANDED** to the Defendant for this further administrative action, and it is further

**ORDERED** that the within matter, be and hereby is, **DISMISSED** in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

Magistrate Ona T. Wang